# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00077-CV

## In re BMC West Corporation a/k/a BMC West, LLC and Julian Noe Silva

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators BMC West Corporation a/k/a BMC West, LLC and Julian Noe Silva have filed a petition for writ of mandamus and motion for emergency stay. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion for emergency relief and temporarily stay the trial court's discovery order, pending further order of this Court. *See id*. 52.10(b). Any discovery relating to the underlying Notice of Intent to Take Deposition on Written Questions of non-party AT&T and its accompanying Subpoena Requiring Appearance at Deposition and Production of Documents is also temporarily stayed pending further order of this Court. *See id.* The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before March 5, 2021.

It is ordered on February 23, 2021.

Before Justices Goodwin, Triana, and Kelly